```
              UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                              CASE NO. 08 B 30889
    JAMES AMBROSE
                                                    CHAPTER 13

                                                    JUDGE: JOHN H SQUIRES

          Debtor
    SSN XXX-XX-7908


-----------------------------------------------------------------------------
                       TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
      Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 11/13/08 .

    2.  The case was dismissed without confirmation, 02/27/2009.

-----------------------------------------------------------------------------
CREDITOR NAME              CLASS              CLAIM AMOUNT      INTEREST        PRINCIPAL
                                                                 PAID            PAID
-----------------------------------------------------------------------------
WELLS FARGO HOME MTGE      CURRENT MORTG          .00              .00             .00
WELLS FARGO HOME MTGE      MORTGAGE ARRE   NOT FILED               .00             .00
DUPAGE COUNTY COLLECTOR    SECURED               .00              .00             .00
APPLIED CARD BANK          UNSECURED       NOT FILED               .00             .00
CAVALRY SPV II LLC         UNSECURED       NOT FILED               .00             .00
CAPITAL ONE BANK           UNSECURED       NOT FILED               .00             .00
CBCS                       UNSECURED       NOT FILED               .00             .00
CITIBANK                   UNSECURED       NOT FILED               .00             .00
CREDIT PROTECTION ASSOC    UNSECURED       NOT FILED               .00             .00
CREDITORS COLLECTION       UNSECURED       NOT FILED               .00             .00
DEPENDON COLLECTION SVC    UNSECURED       NOT FILED               .00             .00
FIRST PREMIER BANK         UNSECURED       NOT FILED               .00             .00
MERCHANTS CREDIT GUIDE     UNSECURED       NOT FILED               .00             .00
NCO FINANCIAL SYSTEMS      UNSECURED       NOT FILED               .00             .00
NICOR GAS                  UNSECURED       NOT FILED               .00             .00
RIVERSIDE FINANCE          UNSECURED       NOT FILED               .00             .00
UNIQUE NATIONAL COLLECTI   UNSECURED       NOT FILED               .00             .00
         Summary of disbursements:
-----------------------------------------------------------------------------
                  SECURED      PRIORITY     UNSECURED       OTHER         TOTAL
-----------------------------------------------------------------------------
TOTAL CLMS ALLOWED      .00         .00           .00          .00           .00
PRINCIPAL PAID          .00         .00           .00          .00           .00
INTEREST PAID           .00         .00           .00          .00           .00
TOTAL PAID              .00         .00           .00          .00           .00
The Debtor's attorney, ROBERT V SCHALLER           , was allowed $         .00
and was paid $          .00 .

The Trustee received $         .00 .

Refunds to the Debtor totaled $        .00 .

      Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.
```

```
Dated:  03/18/09                              /S/
                                       GLENN STEARNS
                                       CHAPTER 13 TRUSTEE
```

```
                                     PAGE   2
       CASE NO. 08 B 30889 JAMES AMBROSE
```